**COM.**

v.

**HANNIGAN, T.**

**87 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000476–2015
(Wyoming)

Affirmed

■

**T.R.**

v.

**C.H.,**

**Appeal of: C.H.**

**406 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

2016–40189
(Lackawanna)

Affirmed

**COM.**

v.

**BRANDON, R.**

**1823 WDA 2016**

Superior Court of Pennsylvania.

08/14/2017

CP–04–CR–0000089–2016
(Beaver)

Affirmed

■

**COM.**

.v.

**BAYNES, P.**

**1908 WDA 2016**

Superior Court of Pennsylvania.

08/14/2017

CP–02–CR–0006305–2011
(Allegheny)

Affirmed